Opinion issued March 29, 2007





 

 








In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00678-CV






IN RE SATISH GUPTA, SB INTERNATIONAL, INC., TRINITY
RECYCLING, INC., AND MANISH GUPTA, Relators






Original Proceeding on Petition for Writ of Mandamus 






O P I N I O N


 Relators, Satish Gupta, SB International, Inc., Trinity Recycling, Inc., and
Manish Gupta have filed a petition for writ of mandamus, challenging the trial court's
order striking all of their pleadings in the underlying lawsuit (1) brought against them
by real party in interest, U.S. Denro Steels, Inc., doing business as Jindal United Steel
Corporation. We deny the petition for writ of mandamus.

 We vacate our order of July 26, 2006, staying the underlying proceedings.





 Laura Carter Higley

 Justice


Panel consists of Justices Nuchia, Jennings, and Higley.


Justice Jennings, concurring.
1.